# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**
_____

**No. 23-5044**  **September Term, 2022**

**1:23-sc-00031-BAH**

**Filed On:** July 18, 2023

In re: Sealed Case,

**BEFORE:**    Pillard, Childs and Pan, Circuit Judges

# <u>UNDER SEAL OPINION</u><br><u>NOT AVAILABLE TO PUBLIC</u>